UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:98-CR-367-LDG |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JERRY K MASON ) | |
| ) | |
| Defendant. ) | |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#11) on July 1, 1998 in United States District Court Distrrict of Nebraska case number 8:98-cr-00066. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: MACHINIST LOCAL LODGE 612
Amount of Restitution: $27,498.38

**Total Amount of Restitution ordered:** $27,498.38

Dated this ___16___ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE